**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                December 19, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 13-cv-02324-RPM

| | |
|---|---|
| RICKY NIXON, | John W. McKendree |
|      Plaintiff, | |
| v. | |
| CITY AND COUNTY OF DENVER; | Josh A. Marks |
| ALEX J. MARTINEZ, Manager of Safety for the City and County of Denver; | Katherine L. Pratt |
| ROBERT WHITE, Police Chief for City and County of Denver; | |
| CHARLES GARCIA, former Manager of Safety in his official capacity; and | |
| GERALD WHITMAN, former Police Chief in his official capacity, | |
|      Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**11:00 a.m.**     **Court in session.**

Court's preliminary remarks.

Mr. McKendree answers questions asked by the Court regarding case facts and plaintiff's claims.

Mr. McKendree agrees to file an amended complaint.

11:26 a.m.     Argument by Mr. Marks.

**ORDERED:   Defendants the City and County of Denver, Alex J. Martinez, Robert White, and Gerald Whitman's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) , [9], is granted with respect to all claims and all defendants other than the First Amendment Claim against defendants City and County of Denver and Charles Garcia.**

**Plaintiff shall file an amended complaint by January 3, 2014 and defendants shall respond in accordance with the rules.**

**11:33 a.m.**     **Court in recess.**     Hearing concluded.  Total time:  33 min.